UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ANGELA BEATTY, | : | Case No. 1:11-cv-58 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Karen L. Litkovits |
| vs. | : | |
| COMMISSIONER OF SOCIAL SECURITY, | : | |
| Defendant. | : | |

**DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 18); (2) REVERSING AND REMANDING PURSUANT TO SENTENCE FOUR OF § 405(g); AND (3) TERMINATING THIS CASE FROM THE DOCKET**

This case is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Karen L. Litkovits. Pursuant to such reference, the Magistrate Judge reviewed the pleadings filed with this Court, and, on November 21, 2011, submitted a Report and Recommendations. (Doc. 18). The Commissioner filed Objections to the Report and Recommendations (Doc. 19) and Plaintiff responded (Doc. 21).

As required by 29 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendations should be and is hereby adopted in its

entirety.

Accordingly:

1. The Report and Recommendations (Doc. 18) is **ADOPTED**;

2. This matter is **REVERSED** and **REMANDED** for further proceedings pursuant to Sentence Four of § 405(g). Specifically, the ALJ shall reconsider Plaintiff's RFC and the weight afforded to all aspects of Dr. Chambly's RFC assessment.

3. This case is **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED**.

Date: 12/22/11

Timothy S. Black
United States District Judge