IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ANGELA BEATTY,            Case No. 1:11-cv-58

    Plaintiff,

                                           Judge Timothy S. Black

vs.

MICHAEL J. ASTRUE,
Commissioner of the Social
Security Administration,

    Defendant.

### ORDER VACATING THE REFERENCE OF THIS CASE TO THE MAGISTRATE JUDGE

The reference of this case to the Magistrate Judge is hereby vacated.

**IT IS SO ORDERED.**

Date:   3/14/2012                                  s/ Timothy S. Black
                                                          Timothy S. Black
                                                          United States District Judge